IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LUIS MONJE, | ) | |
| | ) | |
| Petitioner, | ) | 4:09CV3005 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT HOUSTON, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Respondent. | ) | |

Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 (Filing No. 1), a motion for leave to proceed in forma pauperis (Filing No. 3), and a copy of his prisoner trust account statement (Filing No. 5).

Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. § 1914(a). However, pursuant to 28 U.S.C. § 1915(a)(1)-(2), and after considering petitioner's financial status as shown in the records of this Court, provisional leave to proceed in forma pauperis will be granted, but petitioner must nevertheless pay the $5.00 fee within 60 days. The Court cautions petitioner that failure to adequately comply with this order may result in dismissal of his petition without further notice.

IT IS ORDERED:

1. The application to proceed in forma pauperis (Filing No. 2) is provisionally granted, but petitioner must pay the $5.00 filing fee by April 13, 2009.

2. The clerk of the court is directed to set a pro se case management deadline in this case with the following text: April 13, 2009: deadline for payment of $5.00 filing fee.

DATED this 11th day of February, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court